UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20087-CIV-LENARD/GARBER

EVELYN CARSON,
a U.S. citizen and resident
of the State of Florida,

    Plaintiff,

v.

CARNIVAL CORPORATION,
a/k/a CARNIVAL CRUISE LINE
and/or CARNIVAL a Panamanian
corporation,

    Defendant.
_____/

## **ORDER**

THIS CAUSE is before the Court by Order of Reference from U.S. District Judge Joan A. Lenard. Pursuant to such reference, the Court has received defendant Carnival Corporation's Motion for Reconsideration re Order on Motion for Miscellaneous Relief *(of Court's Order of December 4, 2009)* [112] and plaintiff Evelyn Carson's Response.

The Court has considered the filings of the parties, as well as heard oral argument on the issue of re-inspection at a hearing held on October 23, 2009. A re-inspection of the subject Vessel is appropriate due to the nature of the lawsuit and the sequence of events in which Plaintiff was made aware of alleged prior incidents on the cruise ship. The Court, however, is mindful of the imminent trial date. Accordingly, the Court hereby

ORDERS that Defendant's Motion is DENIED. Defendant shall allow Plaintiff to enter the subject vessel for a period of time that shall not exceed two (2) hours for inspection purposes on or

before January 20, 2010. It is further ordered that this Order shall not be used as a basis for a continuance of the trial or any dates set forth in Judge Lenard's Scheduling Order.

DONE AND ORDERED in Chambers at Miami, Florida this 5th day of January 2010.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE